## STATEMENT OF FACTS

On November 6, 2019 at approximately 10:03 p.m., officers from the Metropolitan Police Department (MPD) 5th District Crime Suppression Team (CST) were on patrol in the 1100 block of 21st Street, NE in Washington, D.C. when they observed the defendant Bijan Gray (Defendant Gray) riding a bicycle. Officers recognized the defendant and knew that he had an outstanding warrant from the U.S. Marshals Service, warrant number 190709173310C issued on September 16, 2019. Officers stepped out of their vehicle and Defendant Gray immediately ran toward the 2100 block of M Street, NE.

Officer Nguyen and Officer Marsh pursued the defendant on foot. Officer Nguyen did not lose sight of Defendant Gray. Officer Nguyen observed the defendant clutching his waistband and voiced over the radio that the defendant may be armed. The defendant ran into the rear alley of the 2200 block of M Street NE. As Officer Nguyen caught up to the defendant he observed the defendant make a tossing motion toward a fence. Officer Nguyen stopped the defendant next to this fence.

Officers canvassed the yard on the other side of the fence and located a firearm in the yard of that location, which is 2213 M Street NE. The firearm was a few feet from the fence and appeared dry and clean. The home at 2213 M Street NE was boarded up and it did not appear that anyone was living there. The firearm was recovered on the other side of the fence from where Officer Nguyen observed the defendant making the tossing motion toward the fence.

The firearm recovered is a Taurus PT111 9mm handgun with serial number TFU81363. At the time it was recovered, it was loaded with one round in the chamber and 11 rounds in a 12-round magazine.

The defendant was placed under arrest. Search incident to arrest, Officer Nguyen located a Champion brand satchel on the defendant's person. The defendant was wearing the satchel on his back underneath his jacket. Inside of the satchel, Officer Nguyen located an extended/high capacity magazine. The magazine was loaded with 25 rounds of 9mm ammunition.

The magazine recovered from the defendant's person was of the same caliber – 9mm – as the firearm recovered from the other side of the fence. The Taurus firearm contained eight FC 9MM LUGER brand cartridges and one BLAZER 9MM LUGER cartridge. The extended magazine on the defendant's person contained one FC 9MM LUGER and five BLAZER 9MM LUGER brand cartridges.

A criminal history check of the defendant revealed that he has a prior conviction in the District of Columbia Superior Court for Assault with a Dangerous Weapon, docket number 2015 CF3 009022, for which he is currently on parole and for which there is currently the above-mentioned outstanding parole warrant. The defendant also has a prior conviction in the District of Columbia Superior Court for Carrying a Pistol without a License, docket number 2011 CF2 011694. These crimes are both punishable by more than one year in the District of Columbia. There are no firearms or ammunition manufacturers in the District of Columbia.

_____
OFFICER TONY NGUYEN, BADGE 3607
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF NOVEMBER, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE